IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class,<br><br>                     Plaintiff,<br><br>     v.<br><br>DIAMOND DIAGNOSTICS, INC., and JOHN DOES 1-10,<br><br>                     Defendants. | No. 12 CV 03064<br><br>Honorable Judge Myerscough<br>Magistrate Judge Cudmore |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that a tentative settlement has been reached by the parties in this action. The parties are in the process of preparing a settlement agreement and expect to file a stipulation dismissing this action on or before May 24, 2012.

Respectfully submitted,

DIAMOND DIAGNOSTICS, INC.

By    /s/ Dianne E. Rist
       One of Its Attorneys

DR. MARK W. STURDY d/b/a ROCHESTER
   VETERINARY CLINIC on behalf of itself and a
   class

By    /s/ Julie Clark
       One of His Attorneys

3189431.01.02.doc
1983840/MAS

- 2 -

Prepared by:

Dianne E. Rist
S. Todd Sipe
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 23, 2012, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

/s/ *Dianne E. Rist*
Dianne E. Rist